**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00266-LTB-PAC

VLADIMIR KARSAEV,
          Petitioner,

v.

MICHAEL CHERTOFF,
ALBERTO GONZALES,
DOUGLAS MAURER,
ASA HUTCHINSON,
MICHAEL GARCIA,
UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
IMMIGRATION AND CUSTOMS ENFORCEMENT, and
DIRECTORATE OF BORDER AND TRANSPORTATION SECURITY,
          Respondents.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Joint Motion to Dismiss (filed

July 8, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED,** each party to pay their own fees

and costs.

                                        BY THE COURT:


                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Chief Judge

DATED:   July 8, 2005