## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  05-cv-00266-LTB

VLADIMIR KARSAEV,

      Plaintiff,

v.

MICHAEL CHERTOFF, et al.

      Defendants.

_____

### MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Petitioner's Motion to Vacate Order and Reinstitute Habeas Proceedings (Doc 22 - filed August 8, 2005) is **GRANTED**.

    The parties are directed to file a status report regarding this matter **on or before March 23, 2006**.

Dated:  March 13, 2006
_____