IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-00266-LTB

VLADIMIR KARSAEV,

       Petitioner,

v.

MICHAEL CHERTOFF,
ALBERTO GONZALES,
DOUGLAS MAURER,
ASA HUTCHINSON,
MICHAEL GARCIA,
UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
IMMIGRATIONS AND CUSTOMS ENFORCEMENT, and
DIRECTORATE OF BORDER AND TRANSPORTATION SECURITY,

       Respondents.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Joint Stipulation of Dismissal of Case (Doc 34 - filed May 31, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

       s/Lewis T. Babcock
       LEWIS T. BABCOCK, JUDGE

DATED:   June 1, 2011